146 A.3d 464

**STATE of Maryland**

**v.**

**BEY, Douglas Ford, II**

**No. 299, Sept. Term, 2016**

Court of Appeals of Maryland.

September 28, 2016

Reported below: 228 Md.App. 521, 139 A.3d 1113.

Petition for writ of certiorari granted.

■

146 A.3d 464

**1ST TEAM FITNESS**

**v.**

**ILLIANO**

**Pet. Docket No. 224, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Reported below: 228 Md.App. 137, 137 A.3d 317.

Petition for writ of certiorari denied.